

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  ALLISON REESE
   Assistant United States Attorney
4  Nevada Bar Number 13977
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336 / Fax: (702) 388-5087
6  Allison.Reese@usdoj.gov
   *Representing the United States of America*

7
                    UNITED STATES DISTRICT COURT
8                        DISTRICT OF NEVADA

9  | IN THE MATTER OF THE SEARCH OF: | Case No. 2:20-MJ-889-VCF |
10 | THE PREMISES LOCATED AT 4795 SOUTH STEPHANIE STREET CITY OF LAS VEGAS, 89122 COUNTY OF CLARK, STATE OF NEVADA. | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
11 
12 
13 | IN THE MATTER OF THE SEARCH OF: | Case No. 2:20-MJ-890-VCF |
14 | A WHITE KIA OPTIMA WITH VEHICLE REGISTRATION 499M20 (NV), VIN: NAGM4A7XD5378774. | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
15 
16 | IN THE MATTER OF THE SEARCH OF: | Case No. 2:20-MJ-891-VCF |
17 | A GRAY DODGE TRUCK WITH VEHICLE REGISTRATION LOAN 32425 (NV), REGISTERED TO CACHORRO'S AUTO REPAIR & SALES. | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
18 
19
20 ///
21 ///
22 ///
23 ///
24 ///

The United States of America, by and through its attorneys, NICHOLAS A. TRUTANICH, United States Attorney, and Allison Reese, Assistant United States Attorney, and respectlly moves this Court for an Order to UNSEAL the instant case.

**DATED** this 25th day of January, 2021.

                                              Respectfully,

                                              NICHOLAS A. TRUTANICH
United States Attorney

*/ s / Allison Reese*
_____
ALLISON REESE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PREMISES LOCATED AT<br>4795 SOUTH STEPHANIE STREET<br>CITY OF LAS VEGAS, 89122<br>COUNTY OF CLARK, STATE OF<br>NEVADA. | Case No. 2:20-MJ-889-VCF<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF:<br><br>A WHITE KIA OPTIMA WITH VEHICLE REGISTRATION 499M20 (NV),<br>VIN: NAGM4A7XD5378774. | Case No. 2:20-MJ-890-VCF<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF:<br><br>A GRAY DODGE TRUCK WITH VEHICLE REGISTRATION LOAN 32425 (NV), REGISTERED TO CACHORRO'S AUTO REPAIR & SALES. | Case No. 2:20-MJ-891-VCF<br><br>**ORDER TO UNSEAL CASE** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 27th day of January, 2021.

_____
Hon. Cam Ferenbach
United States Magistrate Judge